IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| RICARDO QUINTERO-DIARTE | PETITIONER |
| VS. | CIVIL ACTION NO. 3:23-cv-401-DPJ-FKB |
| WARDEN, FCI Yazoo City Low | RESPONDENT |

## **REPORT AND RECOMMENDATION**

Ricardo Quintero-Diarte is a federal inmate incarcerated at the Federal Correctional Institution in Yazoo City, Mississippi. He brings this habeas action under 28 U.S.C. § 2241 alleging that the prison has failed to apply in a timely fashion his First Step Act (FSA) credits toward an early release under 18 U.S.C. § 3632(d)(4).

The response to the Petition indicates that on August 18, 2023, United States Immigration and Customs Enforcement issued a Final Administrative Removal Order for Petitioner. 18 U.S.C. § 3632(d)(4)(E)(i) provides that a prisoner who is the subject of a final order of removal is ineligible for the application of FSA time credits against a prison sentence. For this reason, the undersigned recommends that the petition be dismissed.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy[1] shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court. 28 U.S.C. § 636; Fed. R.

---

[1] Where a document is served by mail, the party is considered to have been served on the date the document is mailed by the Court. See Fed. R. Civ. P. 5(b)(2)(C).

Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

  Respectfully submitted, this the 28th day of February, 2024.

                 /s/ F. Keith Ball
                 United States Magistrate Judge